AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_For_ _____ DISTRICT OF ~~District~~ Columbia

UNITED STATES OF AMERICA

v.

David Faison

**FILED**

AUG 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 06-3531M-01

I, David Faison, charged in a (complaint) (petition) pending in this District with theft of government property in violation of Title 18, U.S.C., 641,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

8/7/06
Date

_____
Counsel for Defendant