UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No. |
| | : | |
| DAVID C. FAISON, | : | |
| | : | VIOLATION : |
| Defendant. | : | 18 U.S.C. § 642 (Theft of Tools and Material for Counterfeiting Purposes) |

### INFORMATION

The United States Attorney for the District of Columbia charges that:

1. At all times material to this information, the Bureau of Engraving and Printing ("BEP") was the bureau of the United States Department of Treasury that manufactures currency and other obligations and securities of the United States, including Federal Reserve Notes (FRN). The BEP was located at the Bureau of Engraving and Printing Annex Building at the intersection of 14th and C Streets, SW, Washington, D.C. 20228.

2. At all times material to this information, DAVID C. FAISON was employed by the BEP as a Stock Control Recorder. As a Stock Control Recorder, FAISON was responsible for distributing currency paper stock throughout the BEP, which allowed him regular access to Plate Printing Section 2 and other areas within the BEP, where sheets of $100 FRNs were produced.

3. From in or about May 2006 through on or about August 2, 2006, in the District of Columbia and elsewhere, defendant DAVID C. FAISON, without authority from the United States, did secrete, embezzle, and take and carry away from the United States Bureau of Engraving and Printing Annex paper, parchment and other material printed and stamped, in part,

and intended to be prepared, issued, and put in circulation on behalf of the United States as a paper, instrument and obligation of the United States, to wit: 21 sheets of currency paper containing 32 $100 Federal Reserve Notes per sheet, which notes did not contain serial numbers and Department of Treasury Seals.

        (Theft of Tools and Material for Counterfeiting Purpose in violation of
                  Title 18, United States Code, Section 642)

                                            KENNETH L. WAINSTEIN
                                            Attorney of the United States in
                                            and for the District of Columbia

                     By:      _____
                                  Jonathan R. Barr
                                  Assistant U.S. Attorney