# United States District Court
# for the District of Columbia

**FILED**

SEP - 6 2006

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.

WAIVER OF INDICTMENT

DAVID C. FAISON

CASE NUMBER: CR 06-251-PLF

I, David Faison the above named defendant, who is accused of theft of tools and material for counterfeiting purposes.

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 9/6/06 prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Paul L. Friedman
United States District Court