UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Cr. No. 06-251 (PLF) |
| DAVID C. FAISON, | : |
| Defendant. | : |

**FILED**

SEP - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the defendant DAVID C. FAISON agrees and stipulates as follows:

The Bureau of Engraving and Printing ("BEP") was and is the Bureau of the United States Department of the Treasury that manufactures currency and other securities of the United States, including Federal Reserve Notes. Federal Reserve Notes are printed, stamped and put into circulation on behalf of the United States as an obligation, instrument and currency of the United States. The BEP was and is located at the Bureau of Engraving and Printing Annex Building at the intersection of 14th and C Streets, SW, in the District of Columbia.

From at least in or about May 2006, through on or about August 2, 2006, DAVID C. FAISON was employed by the BEP as a Stock Control Recorder. As a Stock Control Recorder, FAISON was responsible for distributing currency paper stock throughout the BEP, which allowed him regular access to Plate Printing Section 2 and other areas within the BEP were sheets of $100 Federal Reserve Notes were produced.

During the process of manufacturing $100 Federal Reserve Notes, Plate Printing Section 2 of the BEP processes sheets of specialized currency paper (parchment) which each contain 32 uncut, partially printed $100 Federal Reserve Notes. At one stage in the manufacturing process,

the sheets of $100 Federal Reserve Notes contain 32 Federal Reserve notes which are complete with the exception that the bills do not yet have serial numbers or Department of Treasury Seals printed on them.

From in or about at least May 2006 through on or about August 2, 2006, DAVID C. FAISON, without authority from the United States or the BEP, stole at least 21 sheets of specialized currency paper from the Bureau of Engraving and Printing Annex. Each of the sheets of specialized currency paper contained 32 partially printed $100 Federal Reserve Notes which did not have serial numbers or Department of Treasury Seals. Defendant FAISON secreted, embezzled, and took and carried away each of the 21 sheets of partially printed $100 Federal Reserve Notes and transported them from the BEP within the District of Columbia to his home in Largo, Maryland. FAISON hid the sheets of $100 Federal Reserve Notes with a total value of $67,200 in a roll of Christmas wrapping paper that he concealed in the closet of his bedroom.

From in or about May 2006 through on or about August 2, 2006, DAVID C. FAISON, while at his home in Largo, Maryland, hand cut at least 360 partially printed $100 Federal Reserve Notes from 12 sheets of 32 partially printed $100 Federal Reserve Notes. Thereafter, FAISON transported the Federal Reserve Notes to casinos in West Virginia, Delaware and New Jersey. FAISON used casino slot machines which accepted $100 bills to launder and convert the partially printed $100 Federal Reserve Notes to currency. FAISON converted the partially printed bills to completed currency by feeding the partially printed $100 Federal Reserve Notes into the slot machines, playing the slots for a period of time, and then causing the slot machines to issue tickets redeemable for cash at the casino cashier's office. Thereafter, FAISON redeemed the tickets at the casino cashier's office for cash.

On July 8, 2006, defendant FAISON traveled to Midway Slots casino in Delaware, and inserted three partially printed $100 Federal Reserve Notes that he had stolen from the BEP into a slot machine. Soon thereafter, FAISON caused the slot machine to issue a cash ticket in the amount of $290 and converted that ticket to cash at the Casino cashier's office.

On July 19, 2006, defendant FAISON traveled to Midway Slots casino in Delaware, and inserted nine partially printed $100 Federal Reserve Notes that he had stolen from the BEP into two slot machines at Midway Slots. Soon thereafter, FAISON caused the slot machines to issue cash tickets and converted those tickets to cash at the Casino cashier's office.

On July 27, 2006, defendant FAISON traveled to Dover Downs Slots casino in Delaware, and inserted four partially printed $100 Federal Reserve Notes that he had stolen from the BEP into a slot machine at ~~Midway Slots~~ Dover Downs. Soon thereafter, FAISON caused the slot machine to issue a cash ticket and converted that ticket to cash at the Casino cashier's office.

On August 3, 2006, Special Agents of Federal Bureau of Investigation and the Department of Treasury Office of Inspector General searched the residence and the 2002 black Chevrolet Trailblazer of defendant FAISON. During the searches, federal agents recovered, among other items, 9 complete sheets of partially printed $100 Federal Reserve Notes, 1 sheet containing 24 partially printed $100 Federal Reserve Notes, and plastic ziplock baggies containing heroin in an amount consistent with personal use.

The specialized currency paper the BEP uses to produce Federal Reserve Notes is manufactured by Crane & Company in Dalton, Massachusetts, which is the only authorized manufacturer of this currency paper. This specialized currency paper is unique in that it has (i) registration marks on the border of the sheets of 32 notes; (ii) red and blue fibers embedded within the paper; and (iii) the consistency of the paper is unlike other paper. This currency paper

is not sold to the general public.

Defendant FAISON acknowledges and admits that he owes restitution in the amount of $37,200 as a result of stealing 360 partially printed $100 Federal Reserve Notes and passing those FRNs to various casinos. This restitution amount includes $1,200 that "SAB" of Mid-Atlantic Coins paid to a third party for three of the partially printed $100 Federal Reserve Notes. At the time of purchase, SAB did not know the partially printed Federal Reserve Notes had been stolen.

                                                Respectfully submitted,

                                                KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: _____
JONATHAN R. BARR
Assistant United States Attorney
D.C. Bar No. 437334
555 4th Street, N.W., Room 5241
Washington, DC 20530
Phone: (202) 514-9620
Fax:    (202) 307-2304

      I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11 and 28 U.S.C. § 1746, after consulting with my attorney, Khadijah R. Ali, Esq., I agree and stipulate to this Statement of Offense, and admit and declare under penalties of perjury that the facts recited within this Statement of Offense are true and correct.

Date: 8/21/06                                 _____
                                               David C. Faison
                                             Defendant

      I have discussed this Statement of Offense with my client, David C. Faison. I concur with his decision to stipulate to this Statement of Offense.

Date: 8/22/06                                 _____
                                             Khadijah R. Ali, Esquire
                                             Attorney for the Defendant