AO 245B    (Rev. 06/05) (Rev. DC 12/15/05)  Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>DAVID C. FAISON | **JUDGMENT IN A CRIMINAL CASE**<br><br>**FILED** |

Case Number:    06-251-01 (PLF)

USM Number:    28710-016

FEB 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Khadijah R. Ali
Defendant's Attorney

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1 of the Information

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 642 | Theft of Tools and Material for<br>Counterfeiting Purpose | 8/2/2006 | 1 |

     The defendant is sentenced as provided in pages 2 through    13    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ is/are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 26, 2007
Date of Imposition of Judgment

_____
Signature of Judge

Paul L. Friedman      U. S. District Judge
Name of Judge      Title of Judge

_____
Date

AO 245B     (Rev. 06/05) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page   **2**   of   **13**

DEFENDANT:  DAVID C. FAISON
CASE NUMBER:  06-251-01 (PLF)

# IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Nine (9) months.

☑ The court makes the following recommendations to the Bureau of Prisons:

    That the defendant participate in a drug treatment program and a mental health treatment program.   The Court also recommends the defendant be incarcerated in a federal facility.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m.  ☐ p.m.    on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☑ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

     Defendant delivered on _____  to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
         DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

DEFENDANT:  DAVID C. FAISON
CASE NUMBER:  06-251-01 (PLF)

Judgment—Page  3  of  13

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**Three (3) years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
   future substance abuse. (Check, if applicable.)

☑  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a
   student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3A — Supervised Release

DEFENDANT: DAVID C. FAISON
CASE NUMBER: 06-251-01 (PLF)

Judgment—Page __4__ of __13__

## ADDITIONAL SUPERVISED RELEASE TERMS

The Court finds that the defendant does not have the ability to pay a fine and, therefore, waives imposition of a fine in this case.

The defendant shall pay restitution in the amount of $37,200.00 with the proviso that amounts due to victims who have yet to be identified be placed in the registry of the Court. If currently unidentified victims, who are owed restitution, are not identified by the time the defendant has served his sentence (including any term of supervised release), then the defendant shall be permitted to petition the Court for the return of any restitution paid and held in the registry of the Court for unidentified victims.

Payment of the restitution is due immediately. While incarcerated, the defendant shall make restitution payments through the U. S. Bureau of Prisons' Inmate Financial Responsibility Program. Any balance remaining upon his release from custody shall be paid at a rate of no less than $750.00 per month and the defendant shall provide verification of such payments to the Probation Office.

| | |
|---|---|
| Mid-Atlantic Coins<br>Attn: Steve A. Bryan<br>731 Greentree Drive #402<br>Dover, DE 19904 | $1,200.00 |
| Delaware Park Racing Slots<br>Attn: Kathy Harer<br>777 Delaware Park Blvd.<br>Wilmington, DE 19804 | $600.00 |
| Midway Slots and Simulcast<br>Attn: Dave Zerbe<br>Surveillance Manager<br>P. O. Box 310<br>Harrington, DE 19952 | $8,600.00 |
| Federal Reserve Bank<br>Currency Counting FRB Philadelphia<br>Attn: Cash Services<br>10 Independence Mall<br>Philadelphia, PA 19106 | $3,600.00 |
| Dover Downs, Inc.<br>Attn: Mitch M. Hill<br>Security Operations<br>1131 N. DuPont Highway<br>Dover, DE 19903 | $5,000.00 |
| Trump Plaza Hotel and Casino<br>Mississippi at the Boardwalk<br>Atlantic City, NJ 08401<br>Attn: Bob Happold | $700.00 |

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page  5  of  13

DEFENDANT:
CASE NUMBER:

## ADDITIONAL SUPERVISED RELEASE TERMS

Charles Town Races and Slots          $2,300.00
Attn: Phyllis Letart, Legal VP
P. O. Box 551
Charles Town, WV 25414

Caesar's Atlantic City                $700.00
Attn: Marie Roff, Cage Manager
2100 Pacific Avenue
Atlantic City, NJ 08401

Middletown Electronics                $100.00
Attn: William Shields
330 East Main Street
Middletown, DE 19709

PNC Bank                              $100.00
Attn: Sara Havelow
3 The Plaza
Dover, DE 19901

Bally's Atlantic City                 $2,300.00
Attn: Bill Pangoras
Park Place and Boardwalk
Atlantic City, NJ 08401

Chester Waltermyers                   $100.00
16623 West Liberty Road
Stewardstown, PA 17363

Hong Lok Chan                         $200.00
108 McEntee Street
Kingston, NY 12401

Within 30 days of any change of address (mailing or residence), the defendant shall notify the Clerk of the Court for the U. S. District Court, District of Columbia, of the change until such time as the financial obligation is paid in full.

Within 72 hours of release from custody, the defendant shall report in person to the probation office in the district to which he is released. He shall abide by the general conditions of supervision that have been adopted by the U. S. Probation Office. The defendant shall also comply with the following special conditions:

Pursuant to 42 U.S.C. section 14135a, for all felony offenses, the defendant shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the U. S. Probation Office.

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the Probation Office.

The defendant shall provide the Probation Office with his income tax returns, authorization for release of credit information, and any other business or financial information in which he has a control or interest.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

DEFENDANT:
CASE NUMBER:

Judgment—Page   6   of   3

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall cooperate and arrange with the Internal Revenue Service to pay all past and present taxes, interest, and penalties owed.  He shall file timely, accurate, and lawful income tax returns and show proof of same to the Probation Office.

The defendant shall participate in a mental health treatment program, which may include outpatient counseling or residential placement, as approved and directed by the Probation Office.

The defendant shall participate in, and successfully complete, a residential and/or out-patient substance abuse treatment program, which may include drug testing and detoxification service, as approved and directed by the Probation Office.

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.  Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

DEFENDANT: DAVID C. FAISON
CASE NUMBER: 06-251-01 (PLF)

Judgment — Page __7__ of __3__

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 37,200.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Mid-Atlantic Coins | | $1,200.00 | |
| Delaware Park Racing Slots | | $600.00 | |
| Midway Slots and Simulcast | | $8,600.00 | |
| Federal Reserve Bank | | $3,600.00 | |
| Dover Downs, Inc. | | $5,000.00 | |
| Trump Plaza Hotel and Casino | | $700.00 | |
| Charles Town Races and Slots | | $2,300.00 | |
| Caesar's Atlantic City | | $700.00 | |
| Mid Towne Electronics | | $100.00 | |
| PNC Bank | | $100.00 | |
| Bally's Atlantic City | | $2,800.00 | |

| **TOTALS** | $ 0.00 | $ 37,200.00 | |

☑ Restitution amount ordered pursuant to plea agreement $ 37,200.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the    ☐ fine    ☑ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 5B — Criminal Monetary Penalties

DEFENDANT: DAVID C. FAISON
CASE NUMBER: 06-251-01 (PLF)

Judgment—Page __8__ of __13__

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |
| Hong Lok Chan | | $200.00 | |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

Judgment — Page   9   of   13

DEFENDANT:  DAVID C. FAISON
CASE NUMBER:  06-251-01 (PLF)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☑  Lump sum payment of $ ___10,000.00___  due immediately, balance due

        ☐ not later than _____ , or
        ☑ in accordance    ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with    ☐C,    ☐ D, or    ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☑  Payment in equal __monthly__ (e.g., weekly, monthly, quarterly) installments of $ __750.00__ over a period of
     __36 mos.__ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

     The defendant shall pay a special assessment fee of $100.00 which is due immediately and shall be paid to the
Clerk of the Court for the U. S. District Court, District of Columbia. The defendant shall pay restitution in the
amount of $37,200.00 as set forth in pages 4, 5 and 6 of this Judgment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.