HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 1 2007

ORDER TO SURRENDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

David Faison                                  Docket No.: CR 06-251-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __David Faison__ having been sentenced, on February 26, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __USP Big Sandy SCP__, in __Inez, KY__ by 2 p.m., on __May 3, 2007__.

_____        _____
Date                             PAUL L. FRIEDMAN
                                 UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____        _____
ATTORNEY/U.S. PROBATION OFFICER  DEFENDANT

Revised 6-2004