```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| _____ * | |
| UNITED STATES OF AMERICA     * | No: CR-06-251-01 |
|                              * | |
| v.                           * | JUDGE: FREIDMAN |
|                              * | |
| DAVID FAISON                 * | SENTENCING: 02/26/07 |
|                              * | |
| _____ * | |

## NOTICE TO THE COURT

Comes now counsel and hereby notifies the Court of the following:

Shortly after the sentencing of Mr. David Faison counsel noticed for the first time that she had inadvertently failed to renew her certification to practice before this Court. Therefore, at the time of Mr. Faison's representation and at sentencing counsel was not authorized to practice in this Court. Upon realizing this error counsel immediately contacted Mr. Faison by phone and letter dated April 20, 2007, to inform him of the error and the rights he may have under the aforementioned circumstance. Mr. Faison indicated to counsel that he does not wish to disturb his current sentence, and is, as the Court is aware currently serving that sentence at a Federal Institution. However, counsel thought it would be best to notify this Court of the circumstances.

Counsel also informs the Court that immediately upon recognizing the error counsel immediately renewed her certification to practice, and is now currently authorized to practice before this Court.

Respectfully Submitted,

_____
Khadijah R. Ali
216 G Street, NE
Washington, D.C. 20002

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the forgoing motion was served by e-file to Jonathan Barr at the Office of the United States Attorney, at 555 4th Street, NW, Washington, DC 20530, this _____ day of _____, 2007.

_____
Khadijah R. Ali